# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DESIGNATION OF CHAIR AND   :  No. 680
                                                  :

VICE-CHAIR OF THE CONTINUING    :  SUPREME COURT RULES DOCKET
                                                  :

LEGAL EDUCATION BOARD           :

## A M E N D E D   O R D E R

**PER CURIAM:**

AND NOW, this 16th day of November, 2015, Elizabeth G. Simcox, Esquire, is hereby designated as Chair and Kenneth J. Horoho, Jr., Esquire, as Vice-Chair of the Continuing Legal Education Board commencing December 31, 2015.